

# United States District Court
# Eastern District of California

| Tara Farrell, et al. | Case Number: 2:21-cv-01691-JAM-JDP |

Plaintiff(s)

V.

| New Millennium Concepts, Ltd. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michelle C. Jacobs hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: New Millennium Concepts, Ltd.

On 11/06/2009 (date), I was admitted to practice and presently in good standing in the courts of the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Tara Farrell v. New Millennium Concepts, Ltd., No. 21-cv-00075-JAM-KJN, filed on 4/1/2021, granted

Date: 11/04/2021    Signature of Applicant: /s/ Michelle C. Jacobs

**Pro Hac Vice Attorney**

Applicant's Name: Michelle C. Jacobs
Law Firm Name: Haynes and Boone, LLP
Address: 2323 Victory Avenue, Suite 700

City: Dallas  State: TX  Zip: 75219
Phone Number w/Area Code: (214) 651-5058
City and State of Residence: Dallas, TX
Primary E-mail Address: michelle.jacobs@haynesboone.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mark Erickson
Law Firm Name: Haynes and Boone, LLP
Address: 600 Anton Blvd., Suite 700

City: Costa Mesa  State: CA  Zip: 92626
Phone Number w/Area Code: (949) 202-3052  Bar #: 104403 CA

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 4, 2021       /s/ John A. Mendez
                              JUDGE, U.S. DISTRICT COURT