

# United States District Court
# Eastern District of California

| Tara Farrell et al. | Case Number: 2:21-cv-01691-JAM-JDP |

Plaintiff(s)

V.

| New Millennium Concepts, Ltd. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Benjamin B. Breckler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: New Millennium Concepts, Ltd.

On 12/04/2020 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/26/2022         Signature of Applicant: /s/ Benjamin B. Breckler

**Pro Hac Vice Attorney**

Applicant's Name: Benjamin B. Breckler
Law Firm Name: Haynes and Boone, LLP
Address: 2323 Victory Avenue, Suite 700

City: Dallas   State: TX   Zip: 75219
Phone Number w/Area Code: (214) 651-5263
City and State of Residence: Dallas, TX
Primary E-mail Address: ben.breckler@haynesboone.com
Secondary E-mail Address: kim.dean@haynesboone.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mark D. Erickson
Law Firm Name: Haynes and Boone, LLP
Address: 600 Anton Blvd., Ste. 700

City: Costa Mesa   State: CA   Zip: 92626
Phone Number w/Area Code: (949) 202-3000   Bar #: 104403

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 26, 2022    /s/John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE